**FILED**

FEB 1 8 2026

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-025 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MOHAMED MUSA, | ) | T. 18 U.S.C. § 2 |
| also known as "Muskii," and | ) | T. 18 U.S.C. § 1344(1) |
| "John Bandz," and | ) | T. 18 U.S.C. § 1349 |
| BASEL AYMEN ELHINDI, | ) | |
| also known as "BK," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Commit Bank Fraud)

1.     From a date unknown, but by no later than in or about June 2022, and continuing to a date unknown, but until at least in or about December 2025, in the Southern District of Iowa and elsewhere, the defendants, MOHAMED MUSA, also known as "Muskii" and "John Bandz," and BASEL AYMEN ELHINDI, also known as "BK," did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the grand jury, to commit Bank Fraud, in violation of Title 18, United States Code, Section 1344, that is, to execute and attempt to execute a scheme and artifice to defraud federally insured financial institutions, and to obtain and attempt to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of federally insured financial institutions by means of materially false and fraudulent pretenses, representations, and promises, and by the concealment of material facts.

1

## Object of the Conspiracy and the Scheme to Defraud

2.     It was the purpose and object of the conspiracy and scheme to defraud federally insured financial institutions to deposit counterfeit checks into financial accounts and withdraw or transfer funds drawn on those counterfeit checks, giving Defendants and their co-conspirators access to funds to which they were not entitled.

## Manner and Means

3.     The manner and means by which the object of the conspiracy to commit bank fraud was accomplished included, but was not limited to, the following:

   a. Defendants and their co-conspirators recruited individuals to deposit counterfeit checks in the recruits' accounts and withdraw the proceeds. Defendants and their co-conspirators advertised the scheme on social media accounts as an easy way to make money quickly.

   b. After recruiting an individual, Defendants and their co-conspirators would obtain the recruit's personal and financial account information. They used that information to create a counterfeit check, purportedly issued to the recruit by an employer, insurance company, or individual.

   c. Defendants and their co-conspirators then met with the recruit, provided him/her with the counterfeit check, and instructed him/her to deposit the check into the recruit's bank or credit union account and withdraw money once funds were made available.

   d. Defendants and their co-conspirators would often transport recruits to banks and credit unions to make the deposits and withdrawals.

   e. Defendants and their co-conspirators promised the recruits a portion of the funds from the counterfeit checks, with the remainder distributed to Defendants and their co-conspirators in cash or via payment apps.

4.     Through these manners and means, Defendants and their co-conspirators attempted to and did so deposit counterfeit checks into accounts at federally insured financial institutions which, in total, exceeded $2.8 million in value.

All in violation of Title 18, United States Code, Section 1349.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 2-6</u>
**(Bank Fraud)**

5.    Paragraphs 1 through 4 of this Indictment are realleged and incorporated as if set forth fully herein.

6.    On or about the dates below, in the Southern District of Iowa and elsewhere, the specified defendant did knowingly and willfully execute and attempt to execute, and aided and abetted a scheme and artifice to defraud federally insured financial institutions, namely, the scheme and artifice described in Count 1 of this Indictment:

| Count | Date | Defendant | Financial Institution | Description of Execution (or Attempted Execution) |
|---|---|---|---|---|
| 2 | 9/16/2024 | MOHAMED MUSA, also known as "Muskii" and "John Bandz" | Dupaco Credit Union | Deposit of a $12,556.90 counterfeit check, fraudulently alleged to be issued by victim S.U.I. to "JERRY MCCALLISTER" |
| 3 | 2/6/2025 | BASEL AYMEN ELHINDI, also known as "BK" | Hills Bank and Trust Company | Deposit of a $5,067.82 counterfeit check, fraudulently alleged to be issued by victim S.I. to "AMANDA K FRANTZ" |
| 4 | 2/12/2025 | MOHAMED MUSA, also known as "Muskii" and "John Bandz" | Hills Bank and Trust Company | Deposit of a $8,308.56 counterfeit check, fraudulently alleged to be issued by victim K.H.C.I. to "EMERSON T R HAMER" |
| 5 | 2/12/2025 | MOHAMED MUSA, also known as "Muskii" and "John Bandz" | GreenState Credit Union | Deposit of a $8,608.97 counterfeit check, fraudulently alleged to be issued by victim K.H.C.I. to "JOSEPH J OBRIEN" |

| Count | Date | Defendant | Financial Institution | Description of Execution (or Attempted Execution) |
|-------|------|-----------|----------------------|--------------------------------------------------|
| 6 | 2/20/2025 | BASEL AYMEN ELHINDI, also known as "BK" | Hills Bank and Trust Company | Deposit of a $8,065.36 counterfeit check, fraudulently alleged to be issued by victim A.A.C.C.I. to "ZACHARY MICHAEL-DEAN MALATEK" |

Each of the above counts is a violation of Title 18, United States Code, Sections 1344(1) and 2.

**A TRUE BILL.**

FOREPERSON

David C. Waterman
United States Attorney

By: _____
Joseph H. Lubben
Kaitlyn R. Macaulay
Assistant United States Attorneys

4